

**AARON R. EASLEY**
**(908) 237-1660**
aeasley@sessions-law.biz

April 15, 2015

<u>**Via ECF**</u>

Honorable Tonianne J. Bongiovanni
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 6E
Trenton, NJ 08608

    Re:    Jan Konopca v. MRS BPO, L.L.C. a/k/a MRS Associates
              Civil Action No.: 3:15-cv-00773-PGS-TJB

Dear Judge Bongiovanni:

    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C represents Defendant MRS BPO, L.L.C. ("MRS") in the above matter. Currently, the parties are scheduled to appear before Your Honor for an Initial Scheduling Conference on May 14, 2015, at 3:00pm.

    The parties request that they be permitted to conduct the conference via telephone. This request stems from the fact that counsel for plaintiff will have to endure an extended travel time from Brooklyn, NY in order to attend the conference, and counsel work on many cases together and will be certain to forward in advance of the conference a proposed discovery plan with a reasonable discovery end date.

    Thank you for consideration of this request.

                                                    Respectfully submitted,

                                                    /s/ Aaron R. Easley
                                                    Aaron R. Easley

ARE:cjg
cc: Yitzchak Zelman, Esq. (via ECF)