**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

July 21, 2015

Honorable Magistrate Judge Tonianne J. Bongiovanni
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ 08608
*Via ECF*

   Re: Konopca v. MRS BPO, L.L.C. a/k/a MRS Associates
      Civil Action No: 3:15-cv-00773-PGS-TJB

Dear Magistrate Bongiovanni,

  This firm represents the Plaintiff in the above action. Please be advised that this matter has been settled as to all parties and claims. It is therefore respectfully requested that a 60-day Order be issued, in order to allow the parties to finalize settlement details and submit a Stipulation of Discontinuance.

  It is further noted that there is a Telephone Conference scheduled in this matter for today's date, at 10:30 a.m. It is respectfully requested that this Conference be canceled or adjourned *sine die,* in light of the above-referenced settlement.

  Kindly contact the undersigned with any questions or concerns regarding the foregoing.


        /s/ Yitzchak Zelman
        Yitzchak Zelman, Esq.