UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>Plaintiff,<br><br>-against-<br><br>MRS BPO, L.L.C. a/k/a MRS ASSOCIATES,<br><br>Defendant. | Civil Case No.:<br>3:15-cv-00773-PGS-TJB |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 1, 2015 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:15-cv-00773-PGS-TJB, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** ___2___ **day of** _September_, **2015.**

_____
HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE